·(103 So. 99)

## Buck FRANKS v. STATE.   (6 Div. 633.)

(Court of Appeals of Alabama.   Feb. 17, 1925.)

Appeal from Circuit Court, Marion County; R. L. Blanton, Judge.

Violating prohibition law.

RICE, J. Reversed and remanded upon the authority of Boyd Maddox v. State, ante, p. 497, 103 So. 99, present term.

Reversed and remanded.